**FILED** ___ **RECEIVED**
___ **ENTERED** ___ **SERVED ON**
         **COUNSEL/PARTIES OF RECORD**

JUL -7 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, ex rel. RANDY J. SCHERER,

        Plaintiffs,

vs.

ROAD & HIGHWAY BUILDERS, LLC, et al.,

        Defendants.
_____/

3:14-cv-255-HDM

ORDER

    Pursuant to the pleadings on file this action is dismissed without prejudice.  The relator's Complaint, the United States' Consent to Dismissal and this order shall be unsealed.  All other documents shall remain sealed.

    It is so ordered.

    Dated this 7th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

